This court has long recognized that the sole purpose of periodic alimony is the support of the dependent former spouse.Trammell v. Trammell, 589 So.2d 743 (Ala.Civ.App. 1991);Waltman v. Waltman, 528 So.2d 867 (Ala.Civ.App. 1988). The function of periodic alimony is to provide support to thedependent former spouse until she becomes self-supporting.Harris v. Harris, 543 So.2d 1203 (Ala.Civ.App. 1989); Allenv. Allen, 477 So.2d 457 (Ala.Civ.App. 1985).
The record in this case reveals that the wife has an income in excess of $30,000 per year. In view of the property division and other factors, the award of periodic alimony at this time was an abuse of discretion; the trial court should have reserved the right to award periodic alimony in the future if the need arises.
YATES, J., concurs.